Cite as 2021 Ark. 66
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | **Opinion Delivered** March 18, 2021 |
| IN RE AMENDED ADMINISTRATIVE PLANS FOR THE TWELFTH STATE JUDICIAL DISTRICT COURT AND THE TWENTY-FOURTH STATE JUDICIAL DISTRICT COURT | |

**PER CURIAM**

Administrative Order No. 14 requires an administrative plan to facilitate the best use of the available judicial and support resources within each district so that cases will be resolved in an efficient and prompt manner. Pursuant to Administrative Order No. 14, amended administrative plans have been submitted by the Twelfth State Judicial District Court and the Twenty-Fourth State Judicial District Court. The amended administrative plans for these districts have been approved as submitted. Both of these amended administrative plans are effective as of January 1, 2021.